UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIONEL CHAVEZ,<br><br>Defendant. | No. 2:21-cr-00191 JAM<br><br><br><br>ORDER |

The court released defendant Lionel Chavez from the Central District of California on a $5,000 cash bond. (See Minutes, ECF No. 32). That court ordered Lionel Chavez to report to this court for further proceedings. (See Transfer Documents, ECF No. 31). On April 22, 2022, this court received an amount identified as the $5,000 cash bond from the transferring district.

The Clerk of Court is ordered to receive these funds into the Court's Registry for defendant Lionel Chavez.

IT IS SO ORDERED.

Dated: May 12, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1