CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Lionel Chavez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No.: 2:21-cr-00191 DAD |
| Plaintiff, | DEFENDANT LIONEL CHAVEZ' WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| ADAN NAVARRO, et al., | |
| Defendants. | |

    Defendant, Lionel Chavez, hereby waives his right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that he will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered by the court. Defendant currently lives in the Los Angeles area.

    Defendant Chavez hereby requests the Court to proceed during any absence of the defendant that the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in defendant's absence.

    Defendant Chavez further acknowledges that he has been informed of his rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without her being present.

10/17/22

DATED: October 17, 2022          I consent to the above waiver of personal appearance.

/s/ Lionel Chavez
LIONEL CHAVEZ

DATED: October 17, 2022          I agree to the above waiver of personal appearance.

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ

I approve the above waiver of personal appearance.

IT IS SO ORDERED.

Dated:  **October 17, 2022**

_____
UNITED STATES DISTRICT JUDGE