PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>ADAN NAVARRO, and<br>LIONEL CHAVEZ<br><br>              Defendant. | CASE NO. 2:21-CR-191-DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 10, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 10, 2023.

2. By this stipulation, defendant now moves to continue the status conference until February 21, 2023, and to exclude time between January 10, 2023, and February 21, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 990 pages of investigative reports and other documents, numerous audio and video recordings, including over 150 wiretapped phone calls, as well as other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1         b)         Counsel for defendants desire additional time to review this discovery, conduct factual investigation and legal research, confer with their clients regarding their options for responding to the charges, and to otherwise prepare for trial.

        c)         In addition, counsel for defendant Lionel Chavez represents that Chavez was recently in a car accident and has an appointment with an orthopedist soon to discuss treatment options, possibly including surgery. Defendant Chavez is on pretrial release and living in southern California.

        d)         Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)         The government does not object to the continuance.

        f)         Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

        g)         For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2023 to February 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.         Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  January 3, 2023						PHILLIP A. TALBERT
									United States Attorney

									/s/ DAVID W. SPENCER
									DAVID W. SPENCER
									Assistant United States Attorney


Dated:  January 3, 2023						/s/ MICHAEL D. LONG
									MICHAEL D. LONG
									Counsel for Defendant
									ADAN NAVARRO


Dated:  January 3, 2023						/s/ CLEMENTE M. JIMENEZ
									CLEMENTE M. JIMENEZ
									Counsel for Defendant
									LIONEL CHAVEZ


**ORDER**

IT IS SO ORDERED.

Dated:  **January 4, 2023**					_____
									UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3