1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4
5  Attorney for LIONEL CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL CHAVEZ, et al.,<br><br>Defendants. | Case No.: 2:21-CR-191 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   June 27, 2023<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |
|---|---|

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Lionel Chavez, that the sentencing hearing currently scheduled for June 27, 2023, at 9:30 a.m., be vacated, and the matter be continued to this court's criminal calendar on September 12, 2023, at 9:30 a.m. for judgment and sentence.  US Probation has notified the parties that the officer assigned to prepare the presentence report requires additional time.

    Accordingly, the parties hereby request the schedule of disclosure be modified as follows:

    Draft Presentence Report Due:    August 1, 2023

    Informal Objections to PSR:    August 15, 2023

    Final PSR due:    August 22, 2023

06/20/23

| | | |
|---|---|---|
| Formal Objections: | | August 29, 2023 |
| Reply: | | September 5, 2023 |
| J&S: | | September 12, 2023 |

DATED:   June 20, 2023          /S/   David Spencer
                                PHILLIP TALBERT
                                by DAVID SPENCER
                                Attorney for Plaintiff

DATED:   June 20, 2023          /S/   Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Lionel Chavez

## ORDER

IT IS SO ORDERED, that the schedule of disclosure be modified as requested and the sentencing hearing scheduled for June 27, 2023, at 9:30 a.m., be vacated and the matter continued for sentencing on September 12, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 20, 2023**                    _Dale A. Drozd_
                                              UNITED STATES DISTRICT JUDGE

06/20/23