1  CLEMENTE M. JIMÉNEZ, ESQ.
   California State Bar Number 207136
2  431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4

5  Attorney for LIONEL CHAVEZ

6
                    UNITED STATES DISTRICT COURT
7
                   EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,          Case No.: 2:21-cr-191 DAD

11         Plaintiff,                  STIPULATION AND ORDER
                                       VACATING DATE AND CONTINUING
12     vs.                             SENTENCING HEARING

13
                                       DATE:   October 31, 2023
14 Lionel Chavez,                      TIME:   9:30 a.m.
                                       JUDGE:  Hon. Dale A. Drozd
15         Defendant.

16

17      IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

18 David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for

19 Defendant Lionel Chavez, that the sentencing hearing in this matter, currently scheduled

20 for October 31, 2023, at 9:30 a.m., be vacated, and the matter continued to this court's

21 criminal calendar on December 12, 2023, at 9:30 a.m. for judgment and sentencing.

22      The defense continues to gather mitigating information for the court's

23 consideration.

24 //

25 //

26 //

27 //

28 //

10/26/23

1    DATED:        October 25, 2023            /S/      David Spencer

2                                                         PHILLIP TALBERT
                                                          by DAVID SPENCER
3                                                         Attorney for Plaintiff

4
     DATED:        October 25, 2023            /S/      Clemente M. Jiménez
5                                                         CLEMENTE M. JIMÉNEZ
6                                                         Attorney for Lionel Chavez

7

8
                                    **ORDER**
9

10          Pursuant to the stipulation of the parties and good cause appearing, the sentencing

11   hearing in the above-entitled matter, scheduled for October 31, 2023, at 9:30 a.m., is

12   vacated and the matter continued for judgment and sentence on December 12, 2023, at

13   9:30 a.m.

14

15          IT IS SO ORDERED.

16   Dated:    **October 26, 2023**              _____

17                                                          DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

10/26/23