CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LIONEL CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>Lionel Chavez,<br><br>         Defendant. | Case No.: 2:21-cr-191 DAD-2<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE:   December 12, 2023<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Lionel Chavez, that the sentencing hearing in this matter, currently scheduled for December 12, 2023, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on January 9, 2024, at 9:30 a.m. for judgment and sentencing.

   Defense counsel has suffered a death in the family and has been attending to final arrangements, and will not be prepared to proceed with sentencing.

//
//
//
//
//

12/11/23

DATED: December 9, 2023     /S/    David Spencer
PHILLIP TALBERT
by DAVID SPENCER
Attorney for Plaintiff

DATED: December 9, 2023     /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Lionel Chavez

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for December 12, 2023, at 9:30 a.m., is vacated and the matter continued for judgment and sentence on January 9, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **December 11, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

12/11/23