CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LIONEL CHAVEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>Lionel Chavez,<br><br>  Defendant. | Case No.: 2:21-cr-00191 DAD-2<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE:   January 9, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Lionel Chavez, that the sentencing hearing in this matter, currently scheduled for January 9, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on February 13, 2024, at 9:30 a.m. for judgment and sentencing.

The defense continues to gather mitigating information for the court's consideration.

//
//
//
//
//

01/04/24

| | | | |
|---|---|---|---|
| DATED: | January 4, 2024 | /S/ | David Spencer |

PHILLIP TALBERT
by DAVID SPENCER
Attorney for Plaintiff

DATED:   January 4, 2024          /S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Lionel Chavez

## ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 9, 2024, at 9:30 a.m., be vacated and the matter continued for judgment and sentence on February 13, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **January 4, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

01/04/24