CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Lionel Chavez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No.: 2:21-cr-00191 DAD-2 |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN THE PARTIES' NOTICE |
| vs. | |
| LIONEL CHAVEZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the parties' Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the *Memorandum In Support of Request to Continue Sentencing Hearing* and the defendant's *Request to Seal* shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

Dated:  **February 9, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

02/09/24

- 1 -