CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LIONEL CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Lionel Chavez,<br><br>Defendant. | Case No.: 2:21-cr-00191-DAD-2<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE:  February 13, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Lionel Chavez, that the sentencing hearing in this matter, currently scheduled for February 13, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on June 17, 2024, at 9:30 a.m. for judgment and sentencing.

  The defense continues to gather mitigating information for the court's consideration.

//
//
//
//
//

02/09/24

| | | | |
|---|---|---|---|
| DATED: | February 9, 2024 | /S/ | David Spencer |
| | | PHILLIP TALBERT | |
| | | by DAVID SPENCER | |
| | | Attorney for Plaintiff | |
| DATED: | February 9, 2024 | /S/ | Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ | |
| | | Attorney for Lionel Chavez | |

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for February 13, 2024, at 9:30 a.m., be vacated and the matter continued for judgment and sentence on June 17, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **February 9, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

02/09/24