CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LIONEL CHAVEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-191 DAD-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING |
| vs. | |
| Lionel Chavez, | DATE:   June 25, 2024<br>TIME:   9:30 a.m. |
| Defendant. | JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Lionel Chavez, that the sentencing hearing in this matter, currently scheduled for June 25, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on August 6, 2024, at 9:30 a.m. for judgment and sentencing.

The Court, on its own motion, had previously set the matter for a sentencing hearing on June 25, 2024. Defense counsel will be unavailable due to a medical appointment.

//
//
//
//

06/24/24

DATED: June 24, 2024            /S/     David Spencer
                                PHILLIP TALBERT
                                by DAVID SPENCER
                                Attorney for Plaintiff

DATED: June 24, 2024            /S/     Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Lionel Chavez

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for June 25, 2024, at 9:30 a.m., is vacated and the matter continued for judgment and sentence on August 6, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 24, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

06/24/24