CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LIONEL CHAVEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-191 DAD-2 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING |
| vs. | |
| Lionel Chavez, | DATE:  August 6, 2024<br>TIME:  9:30 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, David Spencer, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Lionel Chavez, that the sentencing hearing in this matter, currently scheduled for August 6, 2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on August 20, 2024, at 9:30 a.m. for judgment and sentencing.

Mr. Chavez is ill and will be unavailable for the currently scheduled hearing date.

//
//
//
//
//
//

08/05/24

| | | | |
|---|---|---|---|
| DATED: | August 2, 2024 | /S/ | David Spencer |
| | | PHILLIP TALBERT | |
| | | by DAVID SPENCER | |
| | | Attorney for Plaintiff | |
| DATED: | August 2, 2024 | /S/ | Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ | |
| | | Attorney for Lionel Chavez | |

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for August 6, 2024, at 9:30 a.m., is vacated and the matter is continued for judgment and sentence to August 20, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **August 5, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

08/05/24