1  CLEMENTE M. JIMÉNEZ, ESQ.
2  California State Bar Number 207136
   431 I Street, Suite 102
3  Sacramento, CA 95814
   (916) 443-8055
4

5  Attorney for Lionel Chavez

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,             CR. No.: 2:21-cr-00191 DAD

11         Plaintiff,                    DEFENDANT LIONEL CHAVEZ'
                                         REQUEST TO EXTEND TURN-IN
12 vs.                                   DATE AND ORDER DENYING THAT
                                         REQUEST
13
   LIONEL CHAVEZ,
14
           Defendant.
15

16

17     On August 20, 2024, Defendant Lionel Chavez was sentenced to a term of 18

18 months to commence on December 3, 2024, at a facility designated by the US Marshals

19 Service.

20     Mr. Chavez is requesting an extension of his turn-in date to settle a pending civil

21 matter that is near completion.  The government opposes this request.

22     As reflected by the attached correspondence from attorney David M. Gonor

23 (Exhibit 1), Mr. Chavez' legal matter will be resolved within a few weeks, after which he

24 will need to sign his settlement.  In order to expedite the process, Mr. Chavez would like

25 to be immediately available to finalize his settlement, prior to going into custody.

26     For these reasons, Mr. Chavez hereby requests he be allowed to surrender himself

27 on January 31, 2025, as directed by the US Marshals Service.

28

DATED: December 2, 2024

Respectfully submitted,

/s/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ

## ORDER

Having considered the circumstances of Defendant's request to extend his turn-in date, the Court hereby DENIES Defendant's request to extend his surrender date due to his failure to establish good cause for the requested extension. Defendant's surrender date remains unchanged and he is ordered to surrender to the institution designated by the BOP, or if no such institution has been designated, to the USM in Los Angeles, California before 12 p.m. (noon) on 12/3/2024.

IT IS SO ORDERED.

Dated: **December 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

- 2 -

12/02/24