CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for LIONEL CHAVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>LIONEL CHAVEZ,<br><br>          Defendants. | Case No.: 2:21-cr-191 DAD<br><br>STIPULATION AND ORDER TO EXONERATE SECURED/UNSECURED BOND |

On March 25, 2022, Defendant LIONEL CHAVEZ made his initial appearance in the Eastern District via video before the Hon. Deborah Barnes.  The Court ordered that the release conditions previously set in the Central District remain in place, namely, release on a $25,000.00 bond with $20,000.00 being unsecured and $5,000.00 cash being deposited with the Court.  Mr. Chavez was sentenced to 18 months custody with the Bureau of Prisons on August 20, 2024, and he reported to Atwater Satellite Camp on December 3, 2024, to commence his sentence.

WHEREFOR, IT IS HEREBY STIPULATED by and between Assistant United States Attorney David Spencer, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant LIONEL CHAVEZ, that the combination secured/unsecured bond in the above-noted case be exonerated.

DATED: January 21, 2025          /S/     DAVID SPENCER
                                 Phillip Talbert
                                 by DAVID SPENCER
                                 Attorney for Plaintiff


DATED: January 21, 2025          /S/     Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for LIONEL CHAVEZ


## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the combination secured/unsecured bond posted in the above-noted case is hereby exonerated.

IT IS SO ORDERED.

Dated:   **February 6, 2025**                    _/s/ Dale A. Drozd_
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE